IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABE GARFINKEL, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>SYSTWEAK LLC, a Delaware limited liability company,<br><br>*Defendant.* | Case No. 2:14-cv-01386-RB<br><br>Honorable Ronald L. Buckwalter |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41

**PLEASE TAKE NOTICE** that Plaintiff Abe Garfinkel ("Plaintiff"), by and through his undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1), hereby voluntarily dismisses all claims in this action *without prejudice* as to Defendant Systweak LLC ("Defendant"). In support of the instant Notice, Plaintiff states as follows:

1. Plaintiff filed the instant action on March 7, 2014. (Dkt. 1.)

2. Fed. R. Civ. P. 41(a)(1) provides, in relevant part, that a "plaintiff may dismiss an action without court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

3. Defendant has neither served an answer nor a motion for summary judgment in this action.

4. Accordingly, this action may be dismissed *without prejudice* and without an Order of the Court.

Respectfully submitted,

CAROSELLI BEACHLER MCTIERNAN
& CONBOY, LLC

BY:    /s/ DAVID S. SENOFF
    DAVID S. SENOFF, ESQUIRE
    DSENOFF@CBMCLAW.COM
    1845 WALNUT STREET, FIFTEEN FLOOR
    PHILADELPHIA, PENNSYLVANIA 19102
    T: (215) 609-1350
    F: (215) 609-1351

    RAFEY S. BALABANIAN, ESQUIRE
    RBALABANIAN@EDELSON.COM
    BENJAMIN H. RICHMAN, ESQUIRE
    BRICHMAN@EDELSON.COM
    COURTNEY BOOTH, ESQUIRE
    CBOOTH@EDELSON.COM
    EDELSON, PC
    350 NORTH LASALLE, SUITE 1300
    CHICAGO, ILLINOIS 60654
    T: (312) 589-6370
    F: (312) 589-6378

Dated: January 12, 2015

# CERTIFICATE OF SERVICE

I, David S. Senoff, an attorney, hereby certify that on January 12, 2015, the above and foregoing *Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41*, was filed and served upon all counsel by electronic filing via ECF.

                                CAROSELLI BEACHLER MCTIERNAN
                                & CONBOY, LLC

BY:     /s/ DAVID S. SENOFF
        DAVID S. SENOFF, ESQUIRE
        DSENOFF@CBMCLAW.COM
        1845 WALNUT STREET, FIFTEEN FLOOR
        PHILADELPHIA, PENNSYLVANIA 19102
        T: (215) 609-1350
        F: (215) 609-1351

        RAFEY S. BALABANIAN, ESQUIRE
        RBALABANIAN@EDELSON.COM
        BENJAMIN H. RICHMAN, ESQUIRE
        BRICHMAN@EDELSON.COM
        COURTNEY BOOTH, ESQUIRE
        CBOOTH@EDELSON.COM
        EDELSON, PC
        350 NORTH LASALLE, SUITE 1300
        CHICAGO, ILLINOIS 60654
        T: (312) 589-6370
        F: (312) 589-6378